**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01013-CV

**MAXIMUSALLIANCE PARTNERS, LLC, Appellant**

**V.**

**KATOEN NATIE NV, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16379-H**

## ORDER

We **GRANT** appellant's motion for twenty (20) day extension of time to file brief and

**ORDER** the brief be filed no later than October 14, 2015. Because this is an accelerated appeal,

no further extensions may be granted absent exigent circumstances.

/s/    CRAIG STODDART
          JUSTICE